DOC NO
REC'D/FILED

2013 AUG 13 AM 11: 11

## United States District Court
## Western District of Wisconsin

PETER OPPENEER
CLERK US DIST COURT
WD OF WI

Timothy Coleman ,
(Full name of plaintiff[s])

493580 ,
(Prisoner I.D. Number)

Plaintiff(s),

v.

Manitowoc County Sheriffs

,
(Full name of defendant[s])

Defendant(s).

Case No. 13 C 0566 BBC
(Provided by clerk of court)

## COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

I.    **PLACE OF PRESENT CONFINEMENT (Provide full address)**
Dane County Jail   115 W. Doty St.  Madison, WI. 53703

A.    Is there a grievance procedure in your prison/jail?   YES ☑   NO ☐

B.    Have you filed a grievance concerning the facts relating to this complaint?
YES ☐     NO ☑

C.    If you have used the grievance process:

1.    Describe what you did and the result, if any.
Nothing at the time, I was fighting a charge
for Battery to a Law Enforcement Officer.

2.    Is the grievance process completed? Yes

D.    If you did not use the grievance process, explain why not.
I was a State prisoner housed in a County Facility,
they had no greivances for State inmates.

4/07
P\Forms\42USC1983.Complaint

II.    **PARTIES**

A.  Your name (Plaintiff) _Timothy Coleman_

B.  Prisoner I.D. Number _493580_

C.  Your address _115 W. Doty St. Madison, WI._

(For additional plaintiffs provide the same information in the same format on a separate page.)

D.  DEFENDANT (name) _Manitowoc County Sheriffs._

is employed as _____

at _____

E.  Additional DEFENDANTS (names and positions):

_____

_____

_____

## III.  PREVIOUS LAWSUITS

A.  Have you begun other lawsuits in state or federal court relating to the same facts involved in this action?      YES ☐      NO ☑

B.  Have you begun other lawsuits in state or federal court relating to your imprisonment?      YES ☐      NO ☑

C.  If your answer is YES to either of the above questions, provide the following requested information.

1.  Parties to the previous lawsuit

Plaintiff(s): _____

_____

Defendant(s): _____

_____

2.  Date filed _____

3.  Court where case filed (if federal court, name district; if state court, name the

county) _____

4.   Case number and citation _____

5.   Basic claim made _____
_____

6.   Current status (for example: Was the case dismissed?  Was it appealed?  Is it still pending?) _____
_____

7.   If resolved, date of disposition _____

8.   If resolved, state whether for _____
                              (Plaintiff or Defendant)

(For additional cases, provide the above information in the same format on a separate page.)

## IV.   STATEMENT OF CLAIM

A.   State as briefly as possible the facts of your case.  Describe how each named defendant is involved.  Include the names of other persons involved, dates, and places.  Describe specifically the injuries incurred.  Do not give legal arguments or cite cases or statutes.  You may do that in Item "B" below.  If you allege related claims, number and set forth each claim in a separate paragraph.  Use as much space as you need to state the facts.  Attach extra sheets, if necessary.  Unrelated separate claims should be raised in a separate civil action.

I don't recall the ~~~~~~ date exactly, but it was in 2007 at Manitowoc Jail. I was being taken to the Hole, But I wouldn't put my property down. I was carrying a tote Bin. The Deputies told me to step on the elevator, which I did. There was 3 deputies in front + I was backed up to the wall. I deputy pull out his mace + another deputy pull out a stun gun. They asked me to put my stuff down again, I said no.

**STATEMENT OF CLAIM continued**

Thats when the deputy with the Mace sprayed me & I was taken to the ground. I deputy was holding my feet, I deputy handcuffed me, & I deputy hit me with that Stun Gun all over my Body at least 15 times. I had burn marks all by my Heart. They threw me in a cell & told me to rinse my eyes, But

NO medical care at all. Then came back & told me I was being charged for Battery to a Law Enforcement Officer. I was Arraigned & the case was dismissed at Preliminary Hearring.

B.   State briefly your legal theory or cite appropriate authority.

I Know these deputies went beyond the call of duty & malicously used that Tasser to inflect Pain. They violated my right to the 8th Amendment by using excessive force, & cruel and unusual punishment.

V.    **RELIEF YOU REQUEST**

State briefly and exactly what you want the court to do for you. Make no legal arguments. Do not use this space to state the facts of your claim. Use it only to request remedies for the injuries you complain about.

I'm seeking Monetary Damages in the amount of $100,000 for my pain + suffering.

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this 11 day of August , 20 13 .

Signature of Plaintiff(s)

Jemoty Colec

(If there are multiple plaintiffs, each must sign the complaint)

Prisoner I.D. Number(s)