IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TIMOTHY COLEMAN,

    Plaintiff,

v.

ROBERT HERMANN, KURT MESSMAN, DENNIS KLOIDA, MARK NAGEL and DEAN B. GREENWOOD,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 13-cv-566-jdp

This action came before the court for consideration with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants granting defendants Robert Hermann, Kurt Messman, Dennis Kloida, Mark Nagel and Dean B. Greenwood's motion for summary judgment based on plaintiff's failure to file this case within the statute of limitations.

/s/                                                                                    September 18, 2014

Peter Oppeneer, Clerk of Court                                Date